**750**

**299 So.2d 316**

**In re Howard Scott SMILEY**

**v.**

**STATE.**

**Ex parte Howard Scott Smiley.**

**SC 907.**

Supreme Court of Alabama.

Aug. 15, 1974.

William R. Gordon, Montgomery, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Howard Scott Smiley for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Smiley v. State, 53 Ala.App. 268, 299 So.2d 312.

Writ denied.

MERRILL, HARWOOD, McCALL and FAULKNER, JJ., concur.

**289 So.2d 808**

**In re Josh SMITH, alias**

**v.**

**STATE.**

**Ex parte STATE of Alabama.**

**SC 651.**

Supreme Court of Alabama.

Jan. 24, 1974.

William J. Baxley, Atty. Gen., and Andrew J. Gentry, Jr., Auburn, Sp. Asst. Atty. Gen., for the State.

No brief for respondent.

MERRILL, Justice.

Petition of the State for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Smith, alias v. State, 51 Ala. App. 527, 287 So.2d 238.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.